*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, PENNIX, and DALY
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Doron R. WHITE**
Culinary Specialist Seaman Apprentice (E-1), U.S. Navy
*Appellant*

**No. 202300054**

————————————

Decided: 6 February 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Andrea K. Lockhart (arraignment)
Richard E. Federico (motions)
Michelle M. Pettit (trial)

Sentence adjudged 20 October 2022 by a special court-martial convened at Naval Base San Diego, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for three months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Zoe R. Danielczyk, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.[2]

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] Judge Mizer took no part in the consideration or decision of this case. *See* 10 U.S.C. § 455, Code of conduct for United States Judges, Canon 3C(1).